**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-8228**

KEYON BOWMAN,

                Plaintiff - Appellant,

        v.

JON OZMINT; SOUTH CAROLINA DEPARTMENT OF CORRECTIONS,

                Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.  Patrick Michael Duffy, Senior
District Judge.  (0:08-cv-02517-PMD)

Submitted: February 25, 2010        Decided:  March 5, 2010

Before DUNCAN and AGEE, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Keyon Bowman, Appellant Pro Se.  Roy F. Laney, Heath McAlvin
Stewart, III, RILEY, POPE & LANEY, LLC, Columbia, South
Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Keyon Bowman, a state prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint and the denial of his post judgment motions to alter and amend the judgment and for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Bowman v. Ozmint</u>, No. 0:08-cv-02517-PMD (D.S.C. Sept. 22, Oct. 20, Oct. 29, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>